IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  Jamie Lee House           CHAPTER 13
                   Domita Tawnee House        CASE #: 16-51076-KMS

### MOTION FOR CONTINUATION OF AUTOMATIC STAY

      **COME NOW** the Debtors and hereby moves this Court, pursuant to Section 362(c)(3)(B), for an order continuing the automatic stay provided under Section 362(a) to all creditors. In support of this motion, the Debtors state as follows:

1. The Debtors filed a petition under Chapter 13 on June 27, 2016.

2. The Debtors had previously filed a chapter 13 case on March 30, 2015 (16-51076) which was dismissed on June 7, 2016.

3. This case has been filed in good faith. The Debtors believe that their chapter 13 plan should be confirmed and that they will be able to fully perform their obligations under the terms of the plan.

4. The Debtors' prior chapter 13 case, dismissed on June 7, 2016, which as the only previous case by the debtors that was pending during the preceding year.

5. The Debtors' prior chapter 13 case was not dismissed for failure to file or amend their petition or any required documents, nor a failure to provide adequate protection ordered by the court.

6. The Debtors' prior chapter 13 case was not dismissed at a time when there had been a motion for relief pending before the court nor resolved with an order terminating, conditioning or limiting the stay.

7. Debtors pray for general relief.

**WHEREFORE**, the Debtors request that this Court continue the automatic stay under Section 362(a) as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or( c)(2), or a motion for relief is granted under Section 362(d).

**RESPECTFULLY** submitted, this the 28th day of June, 2016.

                                                /s/ John Gadow
                                                John Gadow, MSB 9644
                                                ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, John Gadow, Attorney for the above listed debtor, do hereby certify that I have this date served electronically, a true and correct copy of the above Motion for Continuation of Automatic Stay and Declaration in Support of the Motion for Continuation of Automatic Stay to U. S. Trustee, USTPRegion08.JA.ECF@usdoj.gov and mailed, postage prepaid, to All Creditors at their respective addresses on the attached mailing matrix.

**THIS THE** 28th day of June, 2016.

/s/ John Gadow
John Gadow, MSB 9644
GADOW TYLER PLLC
511 EAST PEARL STREET
JACKSON, MISSISSIPPI 39201
TELEPHONE. (601) 355-0654
FACSIMILE (601) 510-9667
EMAIL: btyler@pgtlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Re: Jamie T. House  Case No.: 16-51076-KMS
Domita Tawnee House  Chapter 13
Debtors

DECLARATION IN SUPPORT OF MOTION TO EXTEND
THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362(c)(3)

The debtor(s), in support of the Motion to Extend the Automatic Stay, states as follows:

1. We have personal knowledge of the facts listed in the foregoing situation.

2. We are over the age of 18, of sound mind, am capable of making this Declaration, and are fully competent to testify to the matters stated herein.

3. We filed this bankruptcy petition on June 28, 2016.

4. We previously filed bankruptcy, 15-50532-KMS Under Chapter (13) on March 30, 2015 and that case was dismissed on June 7, 2016.

5. We have had no other pending bankruptcy cases in the proceeding one-year period.

6. We have not had any prior case(s) dismissed in the past year for any of the following reasons:
   - failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. We have had a substantial change in my financial or personal affairs since the dismissal of the last case, and We believe that this case will:

   - (If a Chapter 7) be concluded with a discharge; or
   - (If a Chapter 11 or 13) result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

Debtors became delinquent on their Chapter 13 Plan payments. *Janie was out of work and got behind on the payments. Debtors believe that there will be an account with Jim Walter modify that mortgage removing it from the plan and making them current while leaving their pymt.*
Debtors could not become current.

Check the appropriate box:

☑ If executed within the United States, its territories, possessions or commonwealths:

I declare under penalty of perjury that the foregoing is true and correct.

☐ If executed outside the United States:

(I/We) declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 6/28/16
          Date

Executed on: 6/28/16
          Date

*Jamie House*
Debtor's Signature

*Donneta House*
Joint Debtor's Signature (if applicable)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 16-02060-jwb<br>Western District of Michigan<br>Grand Rapids<br>Tue Jun 28 16:39:00 EDT 2016 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | Western District of Michigan<br>One Division Ave., N.<br>Room 200<br>Grand Rapids, MI 49503-3132 |
| ARS<br>P.O. Box 156<br>East Amherst NY 14051-0156 | Access Receivables<br>PO Box 1377<br>Cockeysville MD 21030-6377 | Advance America<br>2013 28th St.<br>Wyoming MI 49519-2515 |
| CBCS<br>PO Box 2334<br>Columbus OH 43216-2334 | Capital One Bank USA NA<br>PO Box 6492<br>Carol Stream IL 60197-6492 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CarbsAlvarado LW<br>Mary Schierholt<br>202 S. Harrison St.<br>Ludington MI 49431-2110 | Care Credit<br>PO Box 960061<br>Orlando FL 32896-0061 | Carson Smithfield<br>P.O. Box 660702<br>Dallas TX 75266-0702 |
| Cash Advance<br>Advance America<br>2165 W. Vienna Road<br>Clio MI 48420-1757 | Cash Store<br>1209 28th St. SW<br>Wyoming MI 49509-2701 | Cb Manistee<br>Po Box 638 323 River St<br>Manistee MI 49660-0638 |
| Cbm Collectn<br>300 Rodd St. Suite 202<br>Midland MI 48640-6599 | Chartel<br>8413 Excelsior Dr. Ste 120<br>Madison WI 53717-1970 | Check n Go<br>Collections Department<br>4540 Cooper Road<br>Ste 305<br>Cincinnati OH 45242-5649 |
| City of Ludington<br>4005 Harrison St.<br>Ludington MI 49431 | Convergent Outsourcing<br>800 SW 39th ST<br>Renton WA 98057-4975 | Credence Resource Mana<br>17000 Dallas Pkwy Ste 20<br>Dallas TX 75248-1940 |
| Dish Network<br>Dept 0063<br>Palatine IL 60055-0001 | Dte Energy<br>1 Energy Plz # Wcb2106<br>Detroit MI 48226-1221 | ECSI<br>PO Box 105765<br>Atlanta GA 30348-5765 |
| Eastern Account System<br>75 Glen Rd Ste 310<br>Sandy Hook CT 06482-1175 | Edfinancial Services L<br>120 N Seven Oaks Dr<br>Knoxville TN 37922-2359 | Fifth Third Bank<br>W. 5870 US 10<br>Ludington MI 49431-2450 |
| GM Financial<br>PO Box 78143k<br>Phoenix AZ 85062 | Global Payments Check<br>Po Box 59371<br>Chicago IL 60659-0371 | Global Trust Management<br>PO Box 26244<br>Tampa FL 33623-6244 |

| | | |
|---|---|---|
| Gm Financial<br>Po Box 183834<br>Arlington TX 76096-3834 | Great Lakes Collection Agency<br>PO Box 638<br>Manistee MI 49660-0638 | HSBC<br>HSBC Card Services<br>Attn: Bankruptcy Department<br>PO Box 5213<br>Carol Stream IL 60197-5213 |
| (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | IC Systems<br>444 Highway 96 E.<br>PO Box 64794<br>Saint Paul MN 55164-0794 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| John Raymon<br>PO Box 315<br>Cadillac MI 49601-0315 | LJ Ross<br>PO Box 6099<br>Jackson MI 49204-6099 | Mason County Treasurer<br>304 E. Ludington Ave.<br>Ludington MI 49431-2121 |
| Mercantile Adjustment<br>PO Box 9054<br>Buffalo NY 14231-9054 | Merrick Bank<br>Po Box 9201<br>Old Bethpage NY 11804-9001 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego CA 92108-2709 |
| Philips & Cohen Associates,<br>Mail Stop: 146<br>1002 Justison St.<br>Wilmington DE 19801-5148 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Seventh Avenue<br>1112 7th Ave<br>Monroe WI 53566-1364 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | State of Michigan<br>Collection Division<br>PO Box 30158<br>Lansing MI 48909-7658 | State of Michigan<br>Department of Treasury<br>Lansing MI 48922-0001 |
| Syncb/Care Credit<br>950 Forrer Blvd<br>Kettering OH 45420-1469 | Syncb/Walmart<br>Po Box 965024<br>Orlando FL 32896-5024 | TRS<br>5251 Westheimer<br>Houston TX 77056-5416 |
| U S Dept Of Ed<br>2505 S Finley Rs Ste100<br>Lombard IL 60148-4867 | US Department of Education<br>c/o ECSI Federal Perkins Loan Servicer<br>P O Box 1079<br>Wexford PA 15090-1079 | Us Dep Ed<br>Po Box 5609<br>Greenville TX 75403-5609 |
| Us Dept Ed<br>181 Montour Run Ro Dept Of Ed Product<br>Coraopolis PA 15108 | Christina Margareta Gardner<br>4240 Alphenhorn NW<br>#8<br>Comstock Park, MI 49321-8705 | Jeff A. Moyer<br>PO Box 337<br>Grandville, MI 49468-0337 |
| Jeffrey R. Portko<br>Advocate Law Offices<br>1430 Michigan St, NE<br>Grand Rapids, MI 49503-2035 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond VA 23238 | HSBC<br>PO Box 15524<br>Wilmington DE 19850 | Internal Revenue Service<br>PO Box 219236<br>Kansas City MO 64121 |
| Portfolio Recovery Association<br>120 Corporate Blvd.<br>Ste. 1<br>Norfolk VA 23502 | Sprint<br>PO Box 4191<br>Carol Stream IL 60197 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Philip St Cohen Assoc.
1002 Justison St.

End of Label Matrix
Mailable recipients    57
Bypassed recipients     1
Total                  58