IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:** Jamie Lee House
Domita Tawnee House

**CHAPTER 13**
**CASE #: 16-51076-KMS**

**MOTION TO EXTEND DEADLINE FOR FILING SCHEDULES & STATEMENTS**

**COME NOW,** the Debtors, by and through their attorney, to file this Motion to Extend the Deadline for filing their schedules and statements.

In support of this motion, the Debtors state as follows:

1. The Debtors filed the above-referenced bankruptcy case in good faith with this Honorable Court for the purpose of obtaining relief under the Chapter 13 of the U. S. Bankruptcy Code.
2. This Chapter 13 case will be dismissed by this Court if the debtors do not file their schedules and statements by 5:00 p.m. on Monday, July 11, 2016.
3. Debtors' attorney requires additional time to complete their schedules and statements. Debtors have not been able to come in and sign the schedules and statements because the only means of transportation has been repossessed and an Adversary (16-06026) had to be filed with the Court to try and get the vehicle turned over to the Debtors.

**WHEREFORE, PREMISES CONSIDERED,** the Debtor respectfully requests that this Court extend the deadline for filing of his schedules and statements until 5:00 pm on Monday, July 25, 2016.

**RESPECTFULLY SUBMITTED** this 11th day of July, 2016.

/s/ John Gadow
John Gadow, MSB 9644
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I, John Gadow, Attorney for the above listed debtor, do hereby certify that I have this date mailed a true and correct copy of the above Motion to Extend Deadline for filing Schedules & Statements :

JC Bell, Chapter 13 Trustee          Mdg@jcbell.net
US Trustee                           USTPRegion05.JA.ECF@usdoj.gov
All creditors on mailing matrix.

/s/ John Gadow
JOHN GADOW, MSB# 9644
GADOW & TYLER PLLC
511 EAST PEARL STREET
JACKSON, MISSISSIPPI 39201
TELEPHONE. (601) 355-0654
FACSIMILE (601) 510-9667
EMAIL: BTYLER@PGTLAW.COM

```
Label Matrix for local noticing         U.S. Bankruptcy Court                    American Title Loan
0538-6                                  Dan M. Russell, Jr. U.S. Courthouse      dba Express Check
Case 16-51076-KMS                       2012 15th Street, Suite 244              135 N Church St
Southern District of Mississippi        Gulfport, MS 39501-2036                  Spartanburg, SC 29306-5138
Gulfport-6 Divisional Office
Mon Jul 11 14:32:44 CDT 2016

(p)BANCORPSOUTH                         Chex Systems Inc                         Craft Auto Sales
BANKRUPTCY DEPARTMENT                   consumer relations                       1908 W Pine St
P O BOX 4360                            7805 hudson rd #100                      Hattiesburg, MS 39401-7560
TUPELO MS 38803-4360                    Saint Paul, MN 55125-1595


Credit Bureau Systems                   ECA of MS. LLC                           EZ Money
550 Greensboro Ave                      dba Express Check Adva                   2814 Hwy 15N
Suite 301                               135 N Church St                          Laurel, MS 39440
Tuscaloosa, AL 35401-1584               Spartanburg, SC 29306-5138


EmServ Ambulance Ser                    Equifax Information Services             Experian
PO Box 869                              Po Box 740256                            Po Box 2002
Laurel, MS 39441-0869                   Atlanta, GA 30374-0256                   Allen, TX 75013-2002


Express Check Advance                   Express Check Advance                    Franklin Collection
105 S 16th Ave                          of MS, LLC                               Service
Ste B                                   135 N Church St                          2978 W Jackson St.
Laurel, MS 39440-4170                   Spartanburg, SC 29306-5138               Tupelo, MS 38801-6731


Green Tree                              Healthcare Fin Service                   IRS
Po Box 6172                             911 Flynt Dr                             Po Box 7346
Rapid City, SD 57709-6172               Flowood, MS 39232-9572                   Philadelphia, PA 19101-7346


IRS c/o David Usry                      Merchants Adjustments                    Miss State Tax Comm
US Attorney                             PO Box 7511                              Bankruptcy Section
501 E Court Ste 4.430                   Mobile, AL 36670-0511                    Po Box 22808
Jackson, MS 39201-5025                                                           Jackson, MS 39225-2808


Parnell & Crum, P.A.                    Payliance                                Radiology Assoc
P.O. Box 2189                           3 Easton Oval                            PO Box 2427
Montgomery, AL 36102-2189               Suite 310                                Laurel, MS 39442-2427
                                        Columbus, OH 43219-6011


Rawlings & McInnis                      Security Credit                          South Central
PO Box 1789                             Service                                  Emergency Physicians
Madison, MS 39130-1789                  2623 W. Oxford Loop                      Po Box 247
                                        Oxford, MS 38655-5442                    Laurel, MS 39441-0247


South Central Clinics                   Telecheck                                Tower Loan of
PO Box 247                              5251 Westheimer                          Laurel
Laurel, MS 39441-0247                   Houston, TX 77056-5499                   2305 Hwy 15N
                                                                                 Laurel, MS 39440-1832
```

Tower Loan of MS
PO Box 320001
Flowood, MS 39232-0001

Transunion
Po Box 1000
Crum Lynne, PA 19022-1023

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5028

Verizon Wireless
Po Box 26055
Minneapolis, MN 55426-0055

Domita Tawnee House
1757 CR16
Louin, MS 39338

J. C. Bell T1
P.O. Box 566
Hattiesburg, MS 39403-0566

Jamie Lee House
1757 CR16
Louin, MS 39338

John Gadow
Gadow / Tyler, PLLC
511 East Pearl Street
Jackson, MS 39201-3603

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bancorp South
110 S 16th Ave
Laurel, MS 39440

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37