IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE   Jamie Lee House            CHAPTER 13 NO. 16-51076 KMS
        Domita Tawnee House

**OBJECTION TO SECURED CLAIM(S) AND OTHER RELIEF**

**COMES NOW,** Debtor by and through counsel, and file this Objection to the following pre-petition secured claim and request the Court to set the value for the purpose of plan confirmation:

CREDITOR:   CRAFT AUTO SALES
            1908 W PINE STREET
            HATTIESBURG, MS 39401

Description of Collateral: 2006 PONTIAC GRAND PRIX - 910 AUTO

Amount of Debt:   $5,143.00 amount alleged to be due.

Treatment:   Pay the alleged amount owed plus 5% interest over the life of the Chapter 13 Plan; or, in the event a timely filed and/or allowed Proof of Claim is filed by or on behalf of this creditor evidencing a purchase-money security interest and that the vehicle loan was acquired **less than 910 days** before the petition filing, pay the amount owed as set forth in such claim plus 5% interest over the life of the Chapter 13 Plan; or, in the event a timely filed and/or allowed Proof of Claim is filed by or on behalf of this creditor evidencing a purchase-money security interest and that the vehicle loan was acquired **more than 910 days** before the petition filing, then pay the value of $5,468.00 plus 5% interest over the life of the plan **unless** the amount owed as set forth in such claim if less than the value of $5,468.00.

**DEBTOR(S)** pray(s) that in the event a timely filed and/or allowed Proof of Claim is filed by or on behalf of the abovementioned creditors evidencing an unsecured interest, that said creditor be paid the same percentage distribution as all other unsecured creditors through the Chapter 13 Plan and further pray(s) the either  upon payment of the underlying debts determined under non bankruptcy law or discharge under §1328, all liens be cancelled and any and all title documents be promptly delivered to Debtor(s).

**DATED:** 5/6/17                          Respectfully submitted,

                                           /S/ John Gadow
                                           John Gadow MSB 9644
                                           Gadow Tyler PLLC
                                           511 East Pearl Street
                                           Jackson MS 39201   (601) 355-0654

**CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF MISSISSIPPI

CASE NO. _____

Debtor   Jamie Lee House                            SS#  xxx-xx-1388          Median Income   ☐ Above   ☑ Below
Joint Debtor   Domita Tawnee House           SS#  xxx-xx-2602
Address   1757 CR16 Louin, MS 39338-0000

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __60__ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A) Debtor shall pay $__185.11__ per month to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:
    Paying Personally

(B) Joint Debtor shall pay $____ per (monthly / semi-monthly / weekly / bi-weekly) to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:
Other/  IRS                               $  0.00                @  0.00            /month
Other/  Miss State Tax Comm      $  48.00              @  .80              /month

**DOMESTIC SUPPORT OBLIGATION DUE TO:** _____
-NONE-
POST PETITION OBLIGATION: In the amount of $ per month beginning .
To be paid _____ direct, _____ through payroll deduction, or _____ through the plan.
-NONE-
PRE-PETITION ARREARAGE: In the total amount of $ through shall be paid the amount of $ per month beginning
To be paid _____ Direct _____ through payroll deduction _____ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.
MTG PMTS TO:  Green Tree                 BEGINNING  July 2016   @$  519.00  ☐PLAN ☑DIRECT
MTG ARREARS TO: -NONE-             THROUGH _____   $ _____  @$ _____  /MO*

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor:  -NONE-                               Approx. amt. due: _____    Int. Rate: _____
Property Address: _____   Are related taxes and/or insurance escrowed   Yes    No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

Debtor's Initials _JH_   Joint Debtor's Initials _DH_                CHAPTER 13 PLAN, PAGE 1 OF 3
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| Craft Auto Sales | 2006 Pontiac Grand Prix Location: 1757 CR16, Louin MS 39338 | X | 5,143.00 | 5,468.00 | 5.00% | Amt. Owed |
| Express Check Advance | 2004 Chevy Impala Location: 1757 CR16, Louin MS 39338 | | 1,508.00 | 500.00 | 5.00% | Pay Value |
| ※ Express Check Advance ※ | 1987 Chevy Deluxe Truck Location: 1757 CR16, Louin MS 39338 | | 358.00 | 1,000.00 | 5.00% | Amt. Owed |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| Tower Loan of | Push mower, Gas Weedeater, Yamaha Riding Mower, 2 Electric Drills, Pressure Washer, Keyboard, AM/FM Radio/CD Player, 2nd 42" Sanyo Flat Screen, 3rd 50" Sanyo Plasma TV, Acer Laptop and DVD/VCR Combo | 2,315.00 | Abandon: Pay 0.00 |
| Tower Loan of | HHG | 1,242.00 | Abandon: Pay 0.00 |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

CREDITOR'S NAME      APPROX. AMT. OWED      CONTRACTUAL MO. PMT.    PROPOSED TREATMENT
-NONE-

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:  -NONE-

**GENERAL UNSECURED DEBTS** totaling approximately $ __8,476.00__. Such claims must be timely filed and not disallowed to receive payment as follows: ____ IN FULL (100%) or __0__% (percent) MINIMUM, or a total distribution of $____, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ 3,200.00
Attorney Fees Previously Paid $ 0.00
Attorney fees to be paid in plan $    3,200.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| | |
|---|---|
| Automobile Insurance Co/Agent<br>**Safeway Insurance** | Attorney for Debtor (Name/Address/Phone # / Email)<br>John Gadow |
| PO Box 981789 | 511 East Pearl Street<br>Jackson, MS 39201 |
| JAckson, MS 39298-8179 | |
| Telephone/Fax  601-936-2155 | Telephone/Fax  601-355-0654<br>Facsimile No.  601-510-9667<br>E-mail Address  btyler@pgtlaw.com |

DATE: June 23, 2016

DEBTOR'S SIGNATURE /s/ Jamie Lee House
JOINT DEBTOR'S SIGNATURE /s/ Domita Tawnee House
ATTORNEY'S SIGNATURE /s/ John Gadow