UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMIE LEE HOUSE
DOMITA TAWNEE HOUSE
DEBTOR(S)

J.C. BELL, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 16-51076 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, J. C. Bell, and files this Motion to Allow the following Late Filed Claim:

EXPRESS CHECK ADVANCE OF MISSISSIPPI INC.
135 NORTH CHURCH STREET
SPARTANBURG, SC  29306

Court Claim No. 6

Amount of Claim: $1,456.93

Classification:  SECURED

Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtors to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  J.C. BELL

J.C. BELL, Trustee

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

    I, J.C. BELL, do hereby certify that on June 15, 2017, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

| | |
|---|---|
| JAMIE LEE HOUSE<br>1757 CR16<br>Louin, MS  39338 | DOMITA TAWNEE HOUSE<br>1757 CR16<br>Louin, MS |
| JOHN L. GADOW<br>511 EAST PEARL STREET<br>JACKSON, MS  39201 | EXPRESS CHECK ADVANCE OF<br>MISSISSIPPI INC.<br>135 NORTH CHURCH STREET<br>SPARTANBURG, SC  29306 |

*/s/  J.C. BELL*
J.C. BELL, TRUSTEE