Form n001−asgnclm (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Jamie Lee House
Domita Tawnee House

**Case No.:** 16−51076−KMS

**Chapter** 13

**To:** Assignee/Transferee
CAPITAL ASSET RECOVERY
P.O. BOX 192585
DALLAS, TX 75219

**To:** Assignor/Transferor
Craft Auto Sales, LLC
Medley Law Group
902 West Pine Street
Hattiesburg, MS 39401

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Craft Auto Sales, LLC has assigned/transferred its claim in the amount of $5143.00 to Capital Asset Recovery.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **September 8, 2017** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: August 18, 2017

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790