IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: Jamie Lee House  CASE NO. 16-51076-KMS
Domita Tawnee House  Chapter 13

## MOTION TO SUSPEND PLAN PAYMENTS

**COMES NOW** the debtors, by and through their attorney of record, in the above entitled Chapter 13 proceeding, and moves this Honorable Court to suspend their plan payments. In support of such motion, your debtor states as follows:

1. Debtors filed a Chapter 13 case on June 27, 2016.

2. Debtors have fallen behind on their Chapter 13 Plan payments.

3. Due to this current situation, Debtors respectfully request that the Court authorize the Chapter 13 trustee to suspend the plan payments for ninety (90) days, commencing July 2018 through September 2018 with payments to resume in October 2018.

4. Debtors also ask that the Chapter 13 trustee be authorized to reamortize any arrears back into the plan and adjust the wage order, accordingly.

5. Debtors respectfully request for any other relief, equitable or otherwise, to which they may be entitled, under the circumstances.

**WHEREFORE,** debtors move this Honorable Court to allow them to suspend their plan payments for ninety (90) days.

**DATED** this the 18th day of October, 2018.

/s/ Blake Tyler
BLAKE TYLER MSB# 101786
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, Blake Tyler, Attorney for the above listed debtor, do hereby certify that I have this date mailed a true and correct copy of the above Motion to Suspend Payments to:

J.C. Bell                MDG@jcbell.net
U.S. Trustee           USTPRegion05.JA.ECF@usdoj.gov

and to all Creditors listed on the attached matrix at their respective addresses.

**THIS THE** 18th day of October, 2018.

/s/ Blake Tyler
BLAKE TYLER MSB 101786
GADOW TYLER PLLC
511 EAST PEARL STREET
JACKSON MISSISSIPPI 39201
TELEPHONE (601) 355-0654
FACSIMILE (601) 510-9667
EMAIL: btyler@pgtlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 16-51076-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Thu Oct 18 15:31:46 CDT 2018 | Capital Asset Recovery<br>P.O. Box 192585<br>DALLAS, TX 75219-8523 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 |
| American Title Loan<br>dba Express Check<br>135 N Church St<br>Spartanburg, SC 29306-5138 | Ashley Funding Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC   29603-0587 | (p)BANCORPSOUTH<br>BANKRUPTCY DEPARTMENT<br>P O BOX 4360<br>TUPELO MS 38803-4360 |
| Chex Systems Inc<br>consumer relations<br>7805 hudson rd #100<br>Saint Paul, MN 55125-1595 | Craft Auto Sales, LLC<br>Medley Law Group<br>902 West Pine Street<br>Hattiesburg, MS 39401-4262 | Credit Bureau Systems<br>550 Greensboro Ave<br>Suite 301<br>Tuscaloosa, AL 35401-1584 |
| ECA of MS. LLC<br>dba Express Check Adva<br>135 N Church St<br>Spartanburg, SC 29306-5138 | EZ Money<br>2814 Hwy 15N<br>Laurel, MS 39440 | EmServ Ambulance Ser<br>PO Box 869<br>Laurel, MS 39441-0869 |
| Equifax Information Services<br>Po Box 740256<br>Atlanta, GA 30374-0256 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 | Express Check Advance<br>105 S 16th Ave<br>Ste B<br>Laurel, MS 39440-4170 |
| Express Check Advance<br>of MS, LLC<br>135 N Church St<br>Spartanburg, SC 29306-5138 | Express Check Advance of Mississippi, LLC<br>d/b/a American Title Loans of MS, LLC<br>Express Check Advance<br>135 North Church Street<br>Spartanburg, SC 29306-5138 | Franklin Collection<br>Service<br>2978 W Jackson St.<br>Tupelo, MS 38801-6731 |
| Green Tree<br>Po Box 6172<br>Rapid City, SD 57709-6172 | Healthcare Fin Service<br>911 Flynt Dr<br>Flowood, MS 39232-9572 | IRS<br>Po Box 7346<br>Philadelphia, PA 19101-7346 |
| IRS c/o David Usry<br>US Attorney<br>501 E Court Ste 4.430<br>Jackson, MS 39201-5025 | MERCHANTS ADJUSTMENT SERVICE<br>C/O PARNELL & CRUM, P.A.<br>P.O. BOX 2189<br>MONTGOMERY, AL 36102-2189 | Merchants Adjustments<br>PO Box 7511<br>Mobile, AL 36670-0511 |
| Miss State Tax Comm<br>Bankruptcy Section<br>Po Box 22808<br>Jackson, MS 39225-2808 | Parnell & Crum, P.A.<br>P.O. Box 2189<br>Montgomery, AL 36102-2189 | Payliance<br>3 Easton Oval<br>Suite 310<br>Columbus, OH 43219-6011 |
| Radiology Assoc<br>PO Box 2427<br>Laurel, MS 39442-2427 | Rawlings & McInnis<br>PO Box 1789<br>Madison, MS 39130-1789 | Security Credit<br>Service<br>2623 W. Oxford Loop<br>Oxford, MS 38655-5442 |

| | | |
|---|---|---|
| South Central<br>Emergency Physicians<br>Po Box 247<br>Laurel, MS 39441-0247 | South Central Clinics<br>PO Box 247<br>Laurel, MS 39441-0247 | (p)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD 21741-6806 |
| The Bank of New York Mellon Trust Company, N<br>c/o Ditech Financial LLC<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Tower Loan of<br>Laurel<br>2305 Hwy 15N<br>Laurel, MS 39440-1832 | Tower Loan of MS<br>PO Box 320001<br>Flowood, MS 39232-0001 |
| Transunion<br>Po Box 1000<br>Crum Lynne, PA 19022 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | Verizon Wireless<br>Po Box 26055<br>Minneapolis, MN 55426-0055 |
| Blake A. Tyler<br>Gadow / Tyler PLLC<br>511 East Pearl Street<br>Jackson, MS 39201-3603 | Domita Tawnee House<br>1757 CR16<br>Louin, MS 39338 | J. C. Bell T1<br>P.O. Box 566<br>Hattiesburg, MS 39403-0566 |
| Jamie Lee House<br>1757 CR16<br>Louin, MS 39338 | John Gadow<br>Gadow / Tyler, PLLC<br>511 East Pearl Street<br>Jackson, MS 39201-3603 | |

The preferred mailing address (p) above has been substituted for the following entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Bancorp South<br>110 S 16th Ave<br>Laurel, MS 39440 | Telecheck<br>5251 Westheimer<br>Houston, TX 77056 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ditech Financial LLC | (d)CAPITAL ASSET RECOVERY<br>P.O. BOX 192585<br>DALLAS, TX 75219-8523 | End of Label Matrix<br>Mailable recipients 43<br>Bypassed recipients 2<br>Total 45 |